IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-21-05052-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: 9711180 |
| vs. | Location Code: M13 |
| RAGULAN KANDIAH, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation 9711180 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine paid by the defendant is accepted as a full adjudication of violation 9711180.

IT IS FURTHER ORDERED that the initial appearance scheduled for April 8, 2021, is VACATED.

DATED this 10th day of March, 2021.

_____
John Johnston
United States Magistrate Judge